**SUN–MING SHEU, Ming–Chien Hsu, Plaintiffs–Appellants,**

v.

**State of NEW YORK, Hon. Jonathan Lippman, Defendants–Appellees.**

**No. 06–3751–cv.**

United States Court of Appeals, Second Circuit.

June 5, 2007.

Sun–Ming Sheu, Ming–Chien Hsu, New York, NY, pro se.

Justin R. Long, Assistant Solicitor General (Robert H. Easton, on the brief), for Andrew M. Cuomo, Attorney General of the State of New York, New York, NY, for Defendants–Appellees.

PRESENT: Hon. DENNIS JACOBS, Chief Judge, Hon. CHESTER J. STRAUB, Hon. B.D. PARKER, Circuit Judges.

### SUMMARY ORDER

Plaintiffs Sun–Ming Sheu, Ming–Chien Hsu appeal from the August 3, 2006 judgment of the United States District Court for the Eastern District of New York dismissing their complaint for lack of subject matter jurisdiction.

Affirmed, for substantially the reasons stated by the district court.